IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY ALAN RICHIE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-09-464 |
| | § |
| WHARTON COUNTY SHERIFF'S | § |
| DEPARTMENT STAR TEAM, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

The defendants' Motion to Extend Deadline for Dispositive Motions, (Docket Entry No. 53), is granted, based on the medical problems facing the attorney in charge for the defendants. The deadline for filing dispositive motions is extended to **January 17, 2011**.

SIGNED on December 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge